FILED09 SEP '26 15:46USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00345-SI** |
| **v.** | **INDICTMENT** |
| **ERIC CHRISTOPHER FUCHS,** | **18 U.S.C. § 2252A(a)(2)** |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Receipt of Child Pornography)**
**(18 U.S.C. § 2252A(a)(2))**

On or about April 14, 2023, through on or about April 28, 2023, within the District of Oregon, **ERIC CHRISTOPHER FUCHS,** knowingly received any visual depiction that has been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct,

In violation of 18 U.S.C. § 2252(a)(2) and (b).

/ / /

/ / /

/ / /

**Forfeiture Allegation**

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense described above in Count 1 of this indictment, defendant **ERIC CHRISTOPHER FUCHS** shall forfeit to the United States any and all matters that contains visual depictions of minors engaging in sexually explicit conduct, any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the violations alleged in that count, or any property, real or personal, constituting or traceable to proceeds of those offenses.

Dated: September 9, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

KATE A. ROCHAT, OSB #184324
Assistant United States Attorney